# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV 17-3100 MWF (JCG) | Date | April 3, 2018 |
| Title | *Bobby Lyons v. Long Beach, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On April 27, 2017, plaintiff Bobby Lyons ("Plaintiff"), a California prisoner proceeding *pro se*, filed a First Amended Complaint pursuant to 42 U.S.C. § 1983. [Dkt. No. 1.] On January 26, 2018, the Court screened the First Amended Complaint, and found it wanting in several respects. [*See* Dkt. No. 13.] Accordingly, the Court dismissed the Complaint but granted Plaintiff leave to amend within thirty days, *i.e.*, on or before February 26, 2018. [*Id.* at 5-6.] As of today's date, Plaintiff has yet to file a Second Amended Complaint.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his Second Amended Complaint within **fourteen (14) days** of the date of this Order, he need not separately respond to this Order to Show Cause.

**Plaintiff is expressly warned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

cc: Parties of Record

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Clerk | | kh |