**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY LYONS,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF LONG BEACH et al.,<br><br>        Defendants. | Case No. CV 17-3100-MWF (JPR)<br><br>**J U D G M E N T** |

Under the Order Dismissing Complaint for Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 5, 2018      _____
                                           MICHAEL W. FITZGERALD
                                           U.S. DISTRICT JUDGE